IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

Amer Wazwaz

Plaintiff(s),

v.

Hematogenix Laboratory Services, LLC

Defendant(s).

Case No. 21 C 1608
Judge Jorge L. Alonso

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $

    which ☐ includes      pre–judgment interest.
           ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☑ other: This case is dismissed without prejudice for want of prosecution.

This action was *(check one)*:

☐ tried by a jury with Judge                          presiding, and the jury has rendered a verdict.
☐ tried by Judge                              without a jury and the above decision was reached.
☑ decided by Judge  Jorge L. Alonso.

Date: 9/28/21                              Thomas G. Bruton, Clerk of Court

                                            Lesley Fairley  , Deputy Clerk